00-00344 In re Mastin.wpd



No. 04-00-00344-CV



IN RE John N. MASTIN



Original Mandamus Proceeding


Arising from the 288th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-00061


Honorable Frank Montalvo, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Catherine Stone, Justice


Delivered and Filed: June 14, 2000


PETITION FOR WRIT OF MANDAMUS DENIED


 The court has considered relator's petition for writ of mandamus and is of the opinion that
relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. See Tex.
R. App. P. 52.8(a). Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH